Edward E. Kleinschmidt, appellee, v. Florence Otis, appellant. Gen. No. 38,458.

Opinion filed June 22, 1936.

Cassels, Potter & Bentley, for appellant; Leslie H. Vogel and John R. Whitman, of counsel. Stearns & Jones, for appellee; Lloyd M. McBride, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

In re Estate of John Farson Hesler, a minor.

Carl R. Hesler, guardian, appellant, v. John Farson Hesler, minor, appellee. Gen. No. 38,467.

Opinion filed June 22, 1936. Rehearing denied July 6, 1936.

Lucius, Buehler & Lucius, for appellant; Albert E. Lucius, of counsel. Tolman, Chandler & Dickinson, for appellee; Frederick Dickinson, Howard B. Bryant and Alex Elson, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

H. E. Wackerle, appellee, v. Globe Indemnity Company, appellant. Gen. No. 38,477.

Opinion filed June 22, 1936.

Charles A. Phelps, George E. Fitzgerald and Robert C. Springsguth, for appellant. Edward D. Feinberg, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois ex rel. Oscar Nelson, complainant, v. Citizens Trust and Savings Bank et al., defendants.

Continental Illinois National Bank and Trust Company of Chicago, executor of the last will and testament of Ossian Cameron, appellant, v. William L. O'Connell, appellee. Gen. No. 38,492.

Opinion filed June 22, 1936.

Edward H. S. Martin, for appellant. Edward J. Hess, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.